IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SENTRY INSURANCE A MUTUAL COMPANY,

   Plaintiff,

v.                                                   CV No. 20-947 JCH/CG

DIEGO PICHARDO, et al.,

   Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on review of the record and the parties' *Joint Motion for a Limited Stay of Proceedings*, (Doc. 18), filed December 17, 2020. **IT IS HEREBY ORDERED** that a status conference shall be held by telephone on **December 30, 2020, at 1:30 p.m.** Counsel shall call Judge Garza's AT&T line at (877) 810 9415, follow the prompts, and enter access code 7467959.

   **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE