## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SENTRY INSURANCE A MUTUAL COMPANY,

    Plaintiff,

v.                                                             CV No. 20-947 JCH/CG

DIEGO PICHARDO, et al.,

    Defendants.

### ORDER GRANTING JOINT MOTION TO STAY DISCOVERY

**THIS MATTER** is before the Court on the parties' *Joint Motion for a Limited Stay of Proceedings* (the "Motion), (Doc. 18), filed December 17, 2020. In the Motion, the parties request the Court "stay discovery in this matter until further order of the Court." (Doc. 18 at 1). However, the parties seek a stay for different reasons, and, accordingly, upon the occurrence of different events. *Id*. Defendant asks the Court to stay discovery until the Court has ruled on his *Motion to Dismiss or Abstain*, (Doc. 12), or his *Motion to Strike or in the Alternative Stay Sentry's Motion for Summary Judgment*, (Doc. 17). (Doc. 18 at 1-2). Plaintiff asks the Court to stay discovery until the Court has ruled on Plaintiff's *Motion for Summary Judgment*, (Doc. 14). (Doc. 18 at 2). The Court, having considered the Motion, conferred with counsel at a telephonic status conference on December 30, 2020, and noting the Motion is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that discovery in this matter is stayed pending resolution of the dispositive motions pending before the presiding judge.

**IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE