IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SENTRY INSURANCE A MUTUAL COMPANY,

   Plaintiff,

v.                                                                                CV No. 20-947 JCH/CG

DIEGO PICHARDO, et al.,

   Defendants.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon the parties' *Notice of Settlement*, (Doc. 43), filed September 14, 2021, informing the Court that "this matter has settled." **IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **October 15, 2021**.

   **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE