IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SENTRY INSURANCE A MUTUAL COMPANY,

    Plaintiff,

v.                                                           CV No. 20-947 JCH/CG

DIEGO PICHARDO, et al.,

    Defendants.

## ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Extend Deadline to Submit Closing Documents*, (the "Motion"), (Doc. 45), filed October 8, 2021. In the Motion, the parties request an extension from the current deadline of October 15, 2021, to November 15, 2021, to submit closing documents. *Id.* at 1. The parties explain that they "are working towards finalizing the settlement release but need additional time to submit the closing documents to the Court." *Id.* The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **November 15, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE